IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE LEE KEEL, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| et al. | : | NO. 12-1069 |

## O R D E R

AND NOW, this 29th day of March, 2012, upon consideration of the amended complaint, IT IS ORDERED that:

1. The amended complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2), for the reasons set forth in the Court's accompanying memorandum.

2. Mr. Keel's request for a hearing, which is contained in his amended complaint, is DENIED.

BY THE COURT:

GENE E.K. PRATTER, J.